UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BRENT FIELDS, CDCR No. V-46240,<br><br>                              Plaintiff,<br><br>vs.<br><br>JEFFERY MACOMBER; KATHLEEN ALLISON; S. GATES; C. MOORE; SOUSLEY MAKENZIE; ABDEEN; CDCR,<br><br>                              Defendants. | Case No.: 23-cv-01575-DMS-JLB<br><br>**ORDER DENYING MOTION TO CONSOLIDATE AND MOTION TO ADD EXHIBITS**<br><br>[ECF Nos. 11, 12] |

On August 24, 2023, Plaintiff Marcus Brent Fields, a state inmate currently incarcerated at the Kern Valley State Prison filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.) The allegations in Plaintiff's Complaint were difficult to discern but he alleges that his constitutional rights were violated when he was previously housed at the Richard J. Donovan Correctional Facility ("RJD"). (*See id.* at 4–5.) Plaintiff sought $59,000,000 in compensatory damages, $20,000,000 in punitive damages, and injunctive relief. (*Id.* at 9.)

Plaintiff also filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). However, the Court found that Plaintiff was not entitled to proceed IFP

because he had previously filed four civil actions and appeals that had been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. (*See* Order of November 16, 2023, ECF No. 9.) The Court therefore denied Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g). (*See id.*) The Court also dismissed the entire action for failing to prepay the $402 civil and administrative filing fees required by 28 U.S.C. § 1914(a) and directed the Clerk of Court to close the file and enter judgment. *See id.*

Currently before the Court is Plaintiff's motion to consolidate this matter with two other matters he has filed in this Court. (ECF No. 11, at 1.) In those other two actions,[1] Plaintiff was also barred from proceeding IFP pursuant to 28 U.S.C. § 1915(g) and both actions were dismissed. *See Fields v. Gates*, No. 3:23-cv-1412-WQH-KSC, ECF No. 7 (S.D. Cal. Sept. 27, 2023) (order denying motion to proceed in forma pauperis and dismissing action); *Fields v. Newsom*, No. 3:23-cv-1416-WQH-MSB (order denying motion to proceed in forma pauperis and dismissing action) (S.D. Cal. Sept. 27, 2023).

Because all three matters have been closed, there are no grounds to consolidate. Plaintiff's Motion to Consolidate is therefore **DENIED**. Further, Plaintiff's Motion to Add Exhibits (ECF No. 12) is **DENIED** as moot. No further filings will be accepted in this matter.

**IT IS SO ORDERED**.

Dated: November 22, 2023

HON. DANA M. SABRAW, Chief Judge
United States District Court

---

[1] A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *Bias v. Moynihan,* 508 F.3d 1212, 1225 (9th Cir. 2007) (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)).